ACCEPTED
03-14-00737-CV
4357152
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 4:19:26 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00737-cv

_____

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 4:19:26 PM
JEFFREY D. KYLE
Clerk

_____

CHASE CARMEN HUNTER, APPELLANT v. ELEANOR KITZMAN IN

HER OFFICIAL CAPACITY AS COMMISSIONER OF INSURANCE,

JULIA RATHGEBER IN HER OFFICIAL CAPACITY AS

COMMISSIONER OF INSURANCE, AND THE TEXAS DEPARTMENT OF

INSURANCE, APPELLEES

_____

RESPONSE TO CLERK'S LETTER DATED MARCH 2, 2015, WHICH

REQUESTED A $10 THAT IS NOT PERMITED PURSUANT TO TEXAS

RULE OF APPELLATE PROCEDURE 20.1(j) et seq.

_____

From Cause D-1-GN-13001957 In The 250th District Travis

County, Texas, The Honorable John K. Dietz Presiding

_____

Chase Carmen Hunter, *pro se*
340 S. Lemon Ave. #9039
Walnut, CA 91789
Telephone: 707-706-3647
Facsimile: 703-997-5999
Chase_Hunter@yahoo.com

- 1 -

TO: CLERK OF THIS COURT

Your letter dated March 2, 2015, demanding a fee of $10 is prohibited pursuant to Texas Rule of Appellate Procedure 20.1(j) et seq.

WHEREFORE, Hunter enters this response to the Clerk's demand dated March 2, 2015, for payment of a fee of $10.

Respectfully Submitted,

/s/ Chase Carmen Hunter

Chase Carmen Hunter
Appellant, pro se
340 S. Walnut Ave. #9039, Walnut, CA 91789
Tel: 707-706-3647, Fax: 703-997-5999
Email: Chase_Hunter@yahoo.com

## CERTIFICATION

I, Chase Carmen Hunter, swear under penalty of perjury that the foregoing statements are true and correct.



_____
Chase Carmen Hunter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response to the clerk of this court was served upon the parties shown below as indicated:

Cynthia A. Morales
Assistant Attorney General
By Email on March 3, 2015 at
Cynthia.Morales@texasattorneygeneral.gov

-2-

Chase Carmen Hunter